**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| CHRISTOPHER A.O., | CASE NO. SACV 20-01356-AS |
| Plaintiff, | |
| v. | **JUDGMENT** |
| KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration, | |
| Defendant. | |

   IT IS ADJUDGED that this action is DISMISSED with prejudice.


   DATED:  March 11, 2022


                                         /s/
                                    ALKA SAGAR
                          UNITED STATES MAGISTRATE JUDGE