**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| CHRISTOPHER A. O'BRIEN,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK BISIGNANO, Commissioner of the Social Security Administration,<br><br>    Defendant. | CASE NO. SACV 20-01356-AS<br><br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded for further administrative action consistent with the Order of Remand filed concurrently herewith.

DATED: September 3, 2025

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE